# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RANDALL EWING and YASMANY GOMEZ,<br><br>                    Plaintiffs,<br><br>      v.<br><br>ERIK CARRIER and D'APRILE<br>PROPERTIES LLC,<br><br>                  Defendants. | Case No. 19-cv-3791<br><br>Honorable John F. Kness<br><br>**SEVENTH CIRCUIT RULE 3(c)<br>DOCKETING STATEMENT OF<br>PLAINTIFFS-APPELLANTS<br>RANDALL EWING AND YASMANY<br>GOMEZ** |

## SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT OF PLAINTIFFS-APPELLANTS RANDALL EWING AND YASMANY GOMEZ

Plaintiffs-Appellants Randall Ewing and Yasmany Gomez, by their undersigned counsel, respectfully submits this Docketing Statement pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

**I.  DISTRICT COURT JURISDICTION.** The United States District Court for the Northern District of Illinois (the "District Court") has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1) because: (1) Randall Ewing and Yasmany Gomez are citizens of the State of Florida; (2) Erik Carrier is a citizen of the State of Illinois; (3) the sole member of D'Aprile Properties LLC is D'Aprile Management, LLC, and D'Aprile Management, LLC is an Illinois corporation; (4) the sole member of D'Aprile Management, LLC is Ryan D'Aprile, and Ryan D'Aprile is an Illinois citizen; and (5) and the amount in controversy exceeds $75,000.

**II.  APPELLATE COURT JURISDICTION.**  This appeal is taken from the District Court's following opinion and order and final judgment:

a.   A Memorandum Opinion and Order (Dkt. No. 62) signed by District Judge John F. Kness and entered on September 17, 2021 that: (a) granted Defendants Erik Carrier's and D'Aprile Properties LLC's Motions to Dismiss (Dkt. No. 19 and 21); (b) dismissed with prejudice Plaintiffs' Complaint (Dkt. No. 1) pursuant to Fed. R. Civ. P. 12(b)(6); and (c) a final judgment terminating the civil case (Dkt. No. 63).

The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 1294.

Randall P. Ewing and Yasmany Gomez timely filed the required Notice of Appeal (including this Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit filed as an attachment to the Notice of Appeal along with a separate Certificate of Service for the Docketing Statement) with the District Court on October 15, 2021.

**III.   THIS IS AN APPEAL OF AN IMMEDIATELY APPEALABLE FINAL JUDGMENT.** As noted above, the District Court entered a final appealable judgment on September 17, 2021. This is a civil appeal as a matter of right pursuant to Federal Rule of Appellate Procedure 3(a) and Circuit Rule 3(a).

**IV.   PRIOR OR RELATED APPELLATE PROCEEDINGS.** There have been no prior or related appellate proceedings in this case.

**V.   ADDITIONAL REQUIREMENTS OF CIRCUIT RULE 3(c)(1).** None of the parties to the litigation appear in an official capacity. This is a civil case that does not involve any criminal convictions. 28 U.S.C. § 1915(g) is inapplicable. This case does not involve a collateral attack on a criminal conviction.

Dated: October 15, 2021

Respectfully submitted,

/s/ Randall P. Ewing, Jr.
Randall P. Ewing, Jr.
KOREIN TILLERY LLC
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Phone: (312) 641-9750
Fax: (312) 641-9751
rewing@koreintillery.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Randall P. Ewing, Jr., certify that on October 15, 2021, I filed a copy of the foregoing Docketing Statement of Plaintiffs-Appellants Randall Ewing and Yasmany Gomez electronically using the Court's CM/ECF system, which will automatically generate notice of this filing to all Counsel of Record.

*/s/ Randall P. Ewing, Jr.*